IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEPHEN STEWART                                              PLAINTIFF

v.                          No. 5:12-cv-336-DPM

URS CORPORATION                                              DEFENDANT

## JUDGMENT

Stewart's complaint against URS Corporation is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2013